METS SCHIRO & MCGOVERN, LLP
555 U.S. Highway One South, Suite 240
Iselin, New Jersey 08830
Tel. (732) 636-0040
Fax (732) 636-5705
Attorneys for Plaintiff,
Heat and Frost Insulators and Allied
Workers, AFL-CIO, Local Union No. 32
Benefits Funds

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEAT AND FROST INSULATORS AND ALLIED WORKERS, AFL-CIO, LOCAL UNION NO. 32 ANNUITY FUND, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>JERSEY INSULATION CORPORATION,<br><br>Defendant. | DOCKET NO. 14-CV-02838-ES-MAH<br><br>DEFAULT JUDGMENT |

The Defendant, **JERSEY INSULATION CORPORATION**, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 29, 2015, and Plaintiffs, **HEAT AND FROST INSULATORS AND ALLIED WORKERS, AFL-CIO, LOCAL UNION NO. 32 ANNUITY FUND, ET AL.**, by and through its counsel, Mets Schiro & McGovern, LLP, having requested judgment against the defaulted Defendant and having filed a proper motion and affidavit in accordance with Fed. R. Civ. P. 55(a) and (b); and for the reasons stated on the record on 1/7/16;

Judgment is hereby **ENTERED** in favor of Plaintiffs, Heat and Frost Insulators and Allied Workers, AFL-CIO, Local Union No. 32

1

Annuity Fund, et al., and against Defendant, Jersey Insulation Corporation, as follows:

    A.    That Defendant be required to provide access to its payroll records, for the period of January 1, 2012 through present, within thirty (30) days of the issuance of this Default Judgment to Plaintiff's counsel, as identified above.

_____
Hon. Esther Salas, U.S.D.J.

Dated: 1/11/16